# SCHEDULE A

## **SCHEDULE A**

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

### LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-5067
Owner: Joel Alvarez, *et al*.
Acres: 0.720

**Being** a 0.720 of one acre (31,362 square feet) parcel of land, more or less, being out of the Juana Josefa Gutiérrez Survey, Abstract No. 84, Porción 72, ancient jurisdiction of Camargo, Mexico, now Starr County, Texas, being out of a called 8.325 acre tract designated as Share 10-A as described in the Final Decree of Partition recorded in Volume 88, Page 470, Deed records of Starr County, Texas, and being the same tract of land conveyed to Eligio Alvarez, Natividad G. Alvarez, Jesus Alvarez and Lydia L. Alvarez by Partition Agreement recorded in Volume 389, Page 424, Deed Records of Starr County, Texas, said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a found 1/2" rebar at the northwest corner of Share 10-A and the northeast corner of the remainder of a called 44.942 acre tract designated as Share 9 conveyed to Maria del Refugio M. Guerra in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, said point being in the south line of a called 0.507 of one acre tract conveyed to Francisco Javier Herrera by Affidavit of Use and Possession recorded in Instrument No. 2018-343647, Official Records of Starr County, Texas, said point having the coordinates of N=16664353.098, E=850438.395, said point bears S 72°00'58" E, a distance of 4230.26' from United States Army Corps of Engineers Control Point No. SS10-2019;

**Thence:** S 09°03'30" W (N 08°07'00" E, Record), departing the south line of the 0.507 of one acre tract, with the west line of Share 10-A and the east line of Share 9, for a distance of 114.78' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5066-1=5067-1" for the **Point of Beginning** and northwest corner of Tract RGV-RGC-5067, said point being in the west line of Share 10-A and the east line of Share 9, said point having the coordinates of N=16664239.749, E=850420.323;

**Thence:** S 49°08'11" E, departing the east line of Share 9, over and across Share 10-A, for a distance of 158.85' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5067-2=5068-4" for the northeast corner of Tract RGV-RGC-5067, said point being in the east line of Share 10-A and the west line of a called 3.102 acre tract designated as Share 11-A as described in the Final Decree of Partition recorded in Volume 88, Page 470, Deed Records of Starr County, Texas, being the same tract of land conveyed to Guadalupe Carlos Guerra, Jr., Augustin S. Guerra, Jose C. Guerra and Jaime Guerra (Undivided ¼ Interest) by Warranty Deed recorded in Volume 468, Page 461, Deed Records of Starr County, Texas, being the same tract of land conveyed to Guadalupe Carlos Guerra and Cruz G. Guerra (Undivided ½ Interest) by Quit Claim Deed recorded in Volume 416, Page 883, Deed Records of Starr County, Texas, and being the same tract of land conveyed to Rufina Graciela G. Gonzalez, Blas Guerra, Jr., Aida Nelda Guerra and San Juanita Olga Guerra (Undivided ½ Interest) by Warranty Deed recorded in Volume 410, Page 269, Deed Records of Starr County, Texas;

## SCHEDULE C Cont.

**Thence:** S 09°03'30" W (S 08°07'00" W, Record), with the east line of Share 10-A and the west line of Share 11-A, for a distance of 218.63' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5067-3=5068-3" for the southeast corner of Tract RGV-RGC-5067, said point being in the east line of Share 10-A and the west line of Share 11-A;

**Thence:** departing the west line of Share 11-A, over and across Share 10-A, the following courses and distances:

- N 65°23'27" W, for a distance of 50.73' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5067-4" for angle in the south line of Tract RGV-RGC-5067;

- N 49°08'11" W, for a distance of 101.35' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-5066-2=5067-5" for the southwest corner of Tract RGV-RGC-5067, said point being in the west line of Share 10-A and the east line of Share 9;

**Thence:** N 09°03'30" E (N 08°07'00" E, Record), with the west line of Share 10-A and the east line of Share 9, for a distance of 235.34' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D



## SCHEDULE D Cont.

| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 72°00'58" E | 4230.26' | N/A | N/A |
| L2 | S 09°03'30" W | 114.78' | N 08°07'00" E | N/A |
| L3 | S 49°08'11" E | 158.85' | N/A | N/A |
| L4 | S 09°03'30" W | 218.63' | S 08°07'00" W | N/A |
| L5 | N 65°23'27" W | 50.73' | N/A | N/A |
| L6 | N 49°08'11" W | 101.35' | N/A | N/A |
| L7 | N 09°03'30" E | 235.34' | N 08°07'00" E | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16664239.749 | 850420.323 | RGV-RGC-5066-1=5067-1 |
| 2 | 16664135.819 | 850540.459 | RGV-RGC-5067-2=5068-4 |
| 3 | 16663919.916 | 850506.037 | RGV-RGC-5067-3=5068-3 |
| 4 | 16663941.041 | 850459.917 | RGV-RGC-5067-4 |
| 5 | 16664007.348 | 850383.272 | RGV-RGC-5066-2=5067-5 |
| 6 | 16664353.098 | 850438.395 | POC RGV-RGC-5066 5067 |

### LEGEND

| | | | |
|---|---|---|---|
| ● | 5/8" REBAR W/ "MDS" CAP SET | ──────── | ACQUISITION BOUNDARY |
| ☉ | FOUND MONUMENT | ─·─·─·─·─ | ADJOINING ACQUISITION BOUNDARY |
| △ | CONTROL POINT | ∿∿∿∿∿ | BRUSH/VEGETATION |
| ⌇ | POWER POLE | ──── P L ──── | PROPERTY LINE |
| DRSC | DEED RECORDS OF STARR COUNTY | ─x──x──x─ | WIRE FENCE |
| IPF | IRON PIPE FOUND | (#) | SEE SHEET 5 |
| IRF | IRON ROD FOUND | | |
| ORSC | OFFICIAL RECORDS OF STARR COUNTY | | |
| PG | PAGE | | |
| POB | POINT OF BEGINNING | | |
| POC | POINT OF COMMENCING | | |
| VOL | VOLUME | | |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.00004000 (E.G. GRID X 1.00004000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 2/26/2020.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.
8. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON APRIL 2, 2020 (TICKET NO. 2059362327).



**MDS LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019500
7088 SIDNEY BAKER • KERRVILLE, TX 78028 • 830-816-1816

| | | | | | |
|---|---|---|---|---|---|
| Drawing SHEET 4 OF 7 | **METES & BOUNDS SURVEY** THE KNOWN & UNKNOWN HEIRS OF ELIGIO ALVAREZ , ET AL **TRACT No. RGV·RGC·5067** STARR COUNTY                         TEXAS | Mark Description | Date | Appr | | US Army Corps of Engineers |

| | BY | DATE |
|---|---|---|
| Drawn | LMK | 4/20 |
| Checked | LMK | 4/20 |
| Surveyor | JDB | 4/20 |
| Fld.Bk. # | 19088-76-84 | |

CONTRACT NO.: W9127S-14-D-0013
t.o.: W45XMA81577870001

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10163(4)



**ENGINEERING, INC.**
929 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2996
(FAX) 501-767-6959
(EMAIL) info@bnfeng.com



MDS PROJ. NO. 19-200-00        FILE NAME: RGV-RGC-5067        DATE: 4/24/2020

## SCHEDULE D Cont.



## SCHEDULE D Cont.



Tract:  RGV-RGC-5067
Owner:  Joel Alvarez, *et al*.
Acreage:  0.720

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-5067
Owner: Joel Alvarez, *et al*.
Acres:  0.720

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the lands described in conveyance recorded in Deed Records of Starr County, Texas, volume 389, page 424, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

**SCHEDULE E Cont.**



# SCHEDULE F

## **SCHEDULE F**

### ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY-ONE THOUSAND ONE HUNDRED AND SIXTY-THREE DOLLARS AND NO/100 ($21,163.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Joel Alvarez**<br>███████████<br>Rio Grande City, Texas ███<br><br>**Nora Alvarez Garcia**<br>███████████<br>Rio Grande City, Texas ███ | Partition Agreement, Instrument #89161; Volume 389, Page 424, Recorded November 18, 1975, Deed Records of Starr County, Texas; successors-in-interest to Jose Guadalupe Alvarez, Josefa Alvarez de Garza, Alonzo Alvarez, Marta Alvarez, Teodoro Alvarez, Leonel Mireles, Jr., Eligio Alvarez, and Natividad Alvarez |
| **Jesus Alvarez, Jr.**<br>███████████<br>Rio Grande City, Texas ███<br>**Eligio L. Alvarez**<br>███████████<br>McAllen, Texas ███<br>**Jessica L. Alvarez Escobar**<br>███████████<br>Roma, Texas ███<br>**Maria Albesa Alvarez Hinojosa**<br>███████████<br>Rosharon, Texas ███<br>**Maria Esmeralda Alvarez Garza** 1601<br>███████████<br>Mission, Texas ███<br>**Aleida Alvarez Hinojosa**<br>███████████<br>League City, Texas ███ | Partition Agreement, Instrument #89161; Volume 389, Page 424, Recorded November 18, 1975, Deed Records of Starr County, Texas; successors-in-interest to Jose Guadalupe Alvarez, Josefa Alvarez de Garza, Alonzo Alvarez, Marta Alvarez, Teodoro Alvarez, Leonel Mireles, Jr., Jesus Alvarez and Lydia Alvarez |

| | |
|---|---|
| **Roman Alvarez**<br><br>█████████<br><br>Kingsville, Texas ██████ | Partition Decree, File #4879;<br>Volume 88, Page 470,<br>Recorded April 7, 1936,<br>Deed Records of Starr County, Texas;<br>Affidavit of Heirship Volume 793, Page 82, and Volume 803, Page 717, Deed Records, Deed Records of Starr County, Texas; successor-in-interest to Primitivo Alvarez |
| **Maria Luisa Mireles Escobar**<br><br>██████████████<br><br>Roma, Texas ██████ | Partition Decree, File #4879;<br>Volume 88, Page 470,<br>Recorded April 7, 1936,<br>Deed Records of Starr County, Texas;<br>Affidavit of Heirship Volume 793, Page 74, Deed Records of Starr County, Texas; Affidavit of Heirship, Volume 438, Page 1074, Deed Records of Starr County, Texas; one of the successors-in-interest to Concepcion Alvarez Mireles |
| **The Unknown Heirs of Refugia Garza de Alvarez, deceased** | Partition Decree, File #4879;<br>Volume 88, Page 470,<br>Recorded April 7, 1936,<br>Deed Records of Starr County, Texas;<br>Affidavit of Heirship Volume 793, Page 74, Deed Records of Starr County, Texas; |
| **The Unknown Heirs of Roman Alvarez, deceased** | Partition Decree, File #4879;<br>Volume 88, Page 470,<br>Recorded April 7, 1936,<br>Deed Records of Starr County, Texas;<br>Affidavit of Heirship Volume 793, Page 74, Deed Records of Starr County, Texas; |
| **The Unknown Heirs of Concepcion Alvarez Mireles, deceased** | Partition Decree, File #4879;<br>Volume 88, Page 470,<br>Recorded April 7, 1936,<br>Deed Records of Starr County, Texas;<br>Affidavit of Heirship Volume 793, Page 74, Deed Records of Starr County, Texas; Affidavit of Heirship, Volume 438, Page 1074, Deed Records of Starr County, Texas. |
| **The Unknown Heirs of Primitivo Alvarez, deceased** | Partition Decree, File #4879;<br>Volume 88, Page 470,<br>Recorded April 7, 1936, |

| | |
|---|---|
| | Deed Records of Starr County, Texas; Affidavit of Heirship Volume 793, Page 74, Deed Records of Starr County, Texas; Affidavit of Heirship, Volume 793, Page 82, and Volume 803, Page 717, Deed Records of Starr County, Texas; |
| **The Unknown Heirs of Eligio Alvarez, deceased** | Partition Decree, File #4879; Volume 88, Page 470, Recorded April 7, 1936, Deed Records of Starr County, Texas; Partition Agreement, Instrument #89161; Volume 389, Page 424, Recorded November 18, 1975; Affidavit of Heirship Volume 793, Page 74, Deed Records of Starr County, Texas. |
| **The Unknown Heirs of Natividad Alvarez, deceased** | Partition Agreement, Instrument #89161; Volume 389, Page 424, Recorded November 18, 1975; Affidavit of Heirship Volume 793, Page 74, Deed Records of Starr County, Texas. |
| **The Unknown Heirs of Jesus Alvarez, deceased** | Partition Decree, File #4879; Volume 88, Page 470, Recorded April 7, 1936, Partition Agreement, Instrument #89161; Volume 389, Page 424, Recorded November 18, 1975 Deed Records of Starr County, Texas. |
| **The Unknown Heirs of Lydia Lara Alvarez, deceased** | Partition Agreement, Instrument #89161; Volume 389, Page 424, Recorded November 18, 1975, Deed Records of Starr County, Texas. |
| **U.S. Internal Revenue Service** | Federal Tax Lien, Document #2019-352167, Recorded September 27, 2019, Official Records of Starr County, Texas. |
| **Ameida Salinas** 100 North FM 3167, Suite 201 Rio Grande City, Texas  78582 | Starr County Tax Assessor & Collector |